IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION



CAROL GARLAND                                              PLAINTIFF

VS.                      CASE NO. 4:11-cv-04017 PKH

FRED'S STORES OF TENNESSEE                   DEFENDANT

## AGREED PROTECTIVE ORDER

Upon good cause shown and by agreement of the parties, through counsel, the Court herewith orders that any company records, personnel records, videos, handbooks, training materials, policy manuals or other documents produced in discovery in this Civil Action, including excerpts of or compilations from therein, (collectively "the records") shall be subject to the following restrictions:

(a)      The records of any copies of the records shall not be circulated to any person other than counsel, the parties, and the Court.

(b)      The contents of the records shall not be disclosed to any person other than counsel, the parties, and the Court except for expert witnesses as designated by the parties.

(c)      The records shall be used only for purposes of the instant litigation.

(d)      At the termination of this Civil Action, including all appeals, or upon the expiration of the time period for appeal with no appeal having been taken, any records furnished by either Defendant and all copies thereof in the possession of opposing counsel or parties shall be returned to counsel for

the respective Defendant or destroyed with written certification of destruction being provided to counsel for the respective Defendant.

SO ORDERED, this 29th day of November, 2011.

                                     _____
                                     U.S. District Court Judge

Agreed and Approved:

_____
Richard D. Underwood (ARB# 2006137)
Counsel for Defendant

_____
David Price (ARB # 92121)
Counsel for Plaintiff

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

DEC 0 1 2011

CHRIS R. JOHNSON, CLERK
BY                          
DEPUTY CLERK