IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| CAROL GARLAND | PLAINTIFF |
| VS. CASE NO. 4:11-cv-04017 PKH | |
| FRED'S STORES OF TENNESSEE, INC. | DEFENDANT |

## MOTION OF FRED'S STORE OF TENNESSEE, INC. FOR WAIVER OF MEDICAL PRIVILEGE

The Plaintiff, by pleadings, exhibits, or testimony has put his or her medical condition at issue, including physical and mental health.

The Defendant, Fred's Stores of Tennessee, Inc., applies for an order waiving the medical privilege on the basis that Plaintiff has been treated or possibly been treated by out of state physicians. In addition, federal regulations have required an authorization be submitted pursuant to the Health Insurance Patient Portability and Accountability Act of 1996("HIPAA"). 45 CFR Part 160 and 164. Therefore, Defendant request that the Court order the Plaintiff to find an authorization waiving the privileges provided by law, as stated herein, to allow Defendant to obtain medical records and other evidence from healthcare providers. No ex parte contact is requested and defense counsel will provide a copy of all medical records obtained to Plaintiff's counsel. The proposed authorizations are attached hereto as Exhibits "C" and "D".

Plaintiff's Medical Privilege, if any, is waived pursuant to Arkansas Law, because Plaintiff has put her medical causation at issue. See AR.R.E. 503 (b)(3), et seq.

Defendant has attempted get Plaintiff to cooperate. Attached hereto as Exhibits "A" and "B" are letters forwarded to Plaintiff's counsel in an attempt to obtain the required authorizations from Plaintiff.

Page 1 of 2

To the extent any separate memorandum is required by the Uniform Local Rules, Defendant requests waiver of the requirements as the authorities necessary for this Motion are cited herein.

The Defendant requests such other relief as is necessary or equitable under the circumstances.

WHEREFORE, ALL PREMISES CONSIDERED, Defendant moves to compel Plaintiff's counsel to sign medical authorizations in the form attached hereto as Exhibits "A" and "B".

Dated: 2-15-12

Respectfully submitted,

RICHARD D. UNDERWOOD
MSB# 8533/TNB# 014515/ ARB# 2006137
UNDERWOOD / THOMAS, P.C.
9037 Poplar Avenue, Suite 101
Memphis, Tennessee 38138
rdu@underwoodthomas.com
901-818-3133/901-818-3134 (Fax)
Attorney for Fred's Stores of Tennessee, Inc.

### CERTIFICATE OF SERVICE

A copy of the foregoing document has been served pursuant to Rule 5 of the Rules of Civil Procedure to:

David P. Price
Attorney for Plaintiff
P.O. Box 765
Magnolia, AR 71754-0765

Dated: 2-15-12

Richard D. Underwood

# UNDERWOOD/THOMAS
### PROFESSIONAL CORPORATION
#### ATTORNEYS AT LAW

RICHARD D. UNDERWOOD

Certified Civil Trial Specialist
Licensed in TN, MS and AR

Post Office Box 171304
Memphis, Tennessee 38187-1304

9037 Poplar Avenue, Suite 101
Memphis, TN 38138
Telephone 901.818.3133    Fax 901.818.3134
www.underwoodthomas.com

MISSISSIPPI OFFICE
115 HOMESTEAD DRIVE
MADISON, MS 39110
TELEPHONE 601.355.3668
FAX 601.427.0041

July 26, 2011

Mr. David Price
P.O. Box 765
Magnolia, AR 71754-0765

Re:  Carol Garland v. Fred's Stores of Tennessee
     Case No.: 4:11-cv-04017-JLH

Dear Mr. Price:

Please have your client sign the enclosed HIPAA and return it to our offices as soon as possible.

Thank you for your assistance in this matter. Please call if you have any questions.

Sincerely,

R. Underwood/akh
Richard D. Underwood

RDU/akh

Encl.



# MEDICAL RECORD AUTHORIZATION

Patient Name: Carol Garland

Date of Birth: 12/09/1971

Social Security Number: 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

1. I authorize _____ to disclose my health information specific to the following date or time period: _____.

2. Individual or entity authorized to receive my health information:

    RICHARD D. UNDERWOOD
    UNDERWOOD/ THOMAS P.C.
    9037 Poplar Avenue Suite 101
    Memphis, Tennessee 38138
    (901) 818-3133, (901) 818-3134 (fax)

3. Purpose for which disclosure is to be made:
   Legal

4. Information to be disclosed: (check all that apply)*

    X Please send the entire medical record (all information) to the above named recipient.

    ☐ Discharge Summary         ☐ History & Physical Exam  ☐ Operative Report
    ☐ Emergency Room Report ☐ Laboratory Report            ☐ Radiology Report
    ☐ Pathology Report          ☐ Consultation(s)          ☐ EKG
    ☐ Transcribed Hospital Reports  ☐ Clinician Office Chart Notes  ☐ Billing Statements

    ☐ Other: _____

    *I understand that this will include health information relating to (check only if applicable):

    ☐ HIV (human Immunodeficiency Virus) Infection    ☐ Mental Health
    ☐ Treatment for alcohol and/or drug abuse         ☐ Genetic Testing

5. I understand that if the person(s) or entity(ies) that receives the information is not a health care provider or a health plan covered by federal privacy regulations, the information described above may be redisclosed and is no longer protected by those regulations.

6. I understand that I may inspect or request copies of any information disclosed by this authorization. It is my understanding that this authorization will expire in 90 days from the date signed below unless revoked earlier.

7. I understand that I may revoke this authorization by notifying, in writing, the Medical Records Department, or similar Records Custodian, knowing that previously disclosed information would not be subject to my revoke request.

8. I understand that I may refuse to sign this authorization and that my refusal to sign will not affect my ability to obtain treatment, payment or my eligibility for benefits.

---

Signature of Patient or Patient's Legal Representative          Date

Carol Garland

Print Name of Patient or Legal Representative         Legal Representative's Relationship to Patient

# UNDERWOOD/THOMAS

PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

RICHARD D. UNDERWOOD

Certified Civil Trial Specialist
Licensed in TN, MS and AR

Post Office Box 171304
Memphis, Tennessee 38187-1304

9037 Poplar Avenue, Suite 101
Memphis, TN 38138
Telephone 901.818.3133     Fax 901.818.3134
www.underwoodthomas.com

MISSISSIPPI OFFICE
115 HOMESTEAD DRIVE
MADISON, MS 39110
TELEPHONE 601.355.3668
FAX 601.427.0041

October 19, 2011

Mr. David Price
Attorney at Law
P.O. Box 765
Magnolia, Arkansas 71754-0765

       Re:     <u>Carol Garland v. Fred Stores of Tennessee, Inc.</u>

Dear David:

Enclosed please find an Authorization for Use and Disclosure of Protected Health Information for the release of medical records from Wadley Regional Medical Center. Please have your client complete this form and return it to our offices so that we may obtain the requested medical records. Any records obtained via this HIPAA will be voluntarily provided to you upon receipt.

Should you have any questions or concerns please feel free to contact me.

Regards,

Ashley K. Howell
Paralegal

Enclosures

AKH



EXHIBIT B



# Authorization for Use and Disclosure of Protected Health Information

Print Patient Last Name _____ First _____ Middle _____
Address _____ City _____ State _____ Zip _____
Social Security Number _____ Date of Birth _____ Phone _____

I authorize Wadley Regional Medical Center to disclose protected health information to:

Name _____ Phone/Fax Number _____
Address _____ City _____ State _____ Zip _____
☐ Call this phone number when records are available for pick up at hospital _____

**PURPOSE FOR USE/DISCLOSURE** _____
Approximate date(s) of service to be used/disclosed _____
**INFORMATION TO BE USED / DISCLOSED**

- ☐ Emergency Room Record
- ☐ Discharge summary
- ☐ History and Physical
- ☐ Operative/procedure report
- ☐ Consultation report(s)
- ☐ Other _____

- ☐ Pathology report
- ☐ Lab reports
- ☐ Radiology reports/films
- ☐ EKG report(s)

### *Specific Authorization to Disclose Sensitive Records*

I UNDERSTAND THAT THIS AUTHORIZATION IS TO INCLUDE USE / DISCLOSURE OF: *(please check and initial)*

- ☐ Alcohol and/or drug abuse records   Initials _____
- ☐ Sexually transmitted disease information  Initials _____
- ☐ Psychiatric records   Initials _____
- ☐ HIV/AIDS information   Initials _____

*This information is disclosed from records whose confidentiality is protected by federal law. Federal regulations prohibit you from making any further disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization is NOT sufficient for this purpose.

- I understand that I may revoke this authorization, in writing, at any time except to the extent that Wadley Regional Medical Center has already relied on this authorization.
- I understand that I may revoke this authorization by sending or faxing a written notice to the Privacy Officer, at Wadley Regional Medical Center, 1000 Pine Street, Texarkana, TX 75501 or fax 903-798-7119, stating my intent to revoke this authorization.
- Unless otherwise revoked, I understand that the specific date or event upon which this authorization expires is one year after signing and dating this form, unless otherwise documented here:_____
- I understand that Wadley Regional Medical Center may not condition treatment, payment, enrollment or eligibility for benefits on the completion of this authorization form.
- I understand that information being disclosed may be subject to re-disclosure by the recipient and may no longer be protected by the Federal privacy law, if the recipient is not a "covered entity".

☐ If box is checked, the hospital will receive direct or indirect financial compensation in connection with the use or disclosure of your information for marketing purposes.

...................................................................................................................................

Signature (Patient or Patient's Legal Representative) _____ Date _____

Printed Name of Legal Representative _____ Relationship to Patient _____

**PLEASE NOTE: THIS FORM MUST BE COMPETED IN ITS ENTIRETY. THANK YOU FOR YOUR COMPLIANCE.**

| Account Number: | MR Number: |
|---|---|
| Patient Name: | |
| Admit Date: | |

| DOB | Age | Sex | HT | WT | RM-BD | PT | SVC | FC |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Allergies:
Attending Physician Name:

**Wadley Regional Medical Center**
1000 Pine Street Texarkana, Texas 75501
Phone: 903-798-8000

Authorization for Use and Disclosure of Protected Health Information   ocgroi99.dcl   14000   07-2011 mg   cs

# UNDERWOOD/THOMAS

PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

RICHARD D. UNDERWOOD

Certified Civil Trial Specialist
Licensed in TN, MS and AR

Post Office Box 171304
Memphis, Tennessee 38187-1304

9037 Poplar Avenue, Suite 101
Memphis, TN 38138
Telephone 901.818.3133    Fax 901.818.3134
www.underwoodthomas.com

MISSISSIPPI OFFICE
115 HOMESTEAD DRIVE
MADISON, MS 39110
TELEPHONE 601.355.3668
FAX 601.427.0041

November 22, 2011

Mr. David Price
Attorney at Law
P.O. Box 765
Magnolia, Arkansas 71754-0765

Re:   Carol Garland v. Fred Stores of Tennessee, Inc.

Dear Mr. Price:

Please be advised that we have not received the signed Authorization for Use and Disclosure of Protected Health Information for the release of medical records from Wadley Regional Medical Center. The aforementioned authorization was forwarded to your office on October 19, 2011 for your client's signature. Please advise as to when we can expect to receive the signed authorization.

Should you have any questions or concerns please feel free to contact me. Thank you for your assistance in this matter.

Regards,

R. Underwood/AKH
Richard D. Underwood

RDU/akh

# MEDICAL RECORD AUTHORIZATION

Patient Name: Carol Garland
Date of Birth: 12/09/1971

Social Security Number: _____

1. I authorize _____ to disclose my health information
   specific to the following date or time period: _____.

2. Individual or entity authorized to receive my health information:

   RICHARD D. UNDERWOOD
   UNDERWOOD/ THOMAS P.C.
   9037 Poplar Avenue Suite 101
   Memphis, Tennessee 38138
   (901) 818-3133, (901) 818-3134 (fax)

3. Purpose for which disclosure is to be made:
   Legal

4. Information to be disclosed: (check all that apply)*

   X Please send the entire medical record (all information) to the above named recipient.

   ☐ Discharge Summary         ☐ History & Physical Exam  ☐ Operative Report
   ☐ Emergency Room Report ☐ Laboratory Report            ☐ Radiology Report
   ☐ Pathology Report          ☐ Consultation(s)          ☐ EKG
   ☐ Transcribed Hospital Reports  ☐ Clinician Office Chart Notes  ☐ Billing Statements

   ☐ Other: _____

*I understand that this will include health information relating to (check only if applicable):

   ☐ HIV (human Immunodeficiency Virus) Infection   ☐ Mental Health
   ☐ Treatment for alcohol and/or drug abuse        ☐ Genetic Testing

5. I understand that if the person(s) or entity(ies) that receives the information is not a health care provider or a health plan covered by federal privacy regulations, the information described above may be redisclosed and is no longer protected by those regulations.

6. I understand that I may inspect or request copies of any information disclosed by this authorization. It is my understanding that this authorization will expire in 90 days from the date signed below unless revoked earlier.

7. I understand that I may revoke this authorization by notifying, in writing, the Medical Records Department, or similar Records Custodian, knowing that previously disclosed information would not be subject to my revoke request.

8. I understand that I may refuse to sign this authorization and that my refusal to sign will not affect my ability to obtain treatment, payment or my eligibility for benefits.

Signature of Patient or Patient's Legal Representative            Date

*Carol Garland*
Print Name of Patient or Legal Representative    Legal Representative's Relationship to Patient


EXHIBIT C



**EXHIBIT D**

## Authorization for Use and Disclosure of Protected Health Information

Print Patient Last Name _____ First _____ Middle _____
Address _____ City _____ State _____ Zip _____
Social Security Number _____ Date of Birth _____ Phone _____

I authorize Wadley Regional Medical Center to disclose protected health information to:

Name _____ Phone/Fax Number _____
Address _____ City _____ State _____ Zip _____

☐ Call this phone number when records are available for pick up at hospital _____

**PURPOSE FOR USE/DISCLOSURE** _____
Approximate date(s) of service to be used/disclosed _____

**INFORMATION TO BE USED / DISCLOSED**
☐ Emergency Room Record          ☐ Pathology report
☐ Discharge summary              ☐ Lab reports
☐ History and Physical           ☐ Radiology reports/films
☐ Operative/procedure report     ☐ EKG report(s)
☐ Consultation report(s)
☐ Other

### *Specific Authorization to Disclose Sensitive Records*

I UNDERSTAND THAT THIS AUTHORIZATION IS TO INCLUDE USE / DISCLOSURE OF: *(please check and initial)*

☐ Alcohol and/or drug abuse records   Initials _____   ☐ Psychiatric records   Initials _____
☐ Sexually transmitted disease information Initials _____   ☐ HIV/AIDS information Initials _____

*This information is disclosed from records whose confidentiality is protected by federal law. Federal regulations prohibit you from making any further disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization is NOT sufficient for this purpose.

- I understand that I may revoke this authorization, in writing, at any time except to the extent that Wadley Regional Medical Center has already relied on this authorization.
- I understand that I may revoke this authorization by sending or faxing a written notice to the Privacy Officer, at Wadley Regional Medical Center, 1000 Pine Street, Texarkana, TX 75501 or fax 903-798-7119, stating my intent to revoke this authorization.
- Unless otherwise revoked, I understand that the specific date or event upon which this authorization expires is one year after signing and dating this form, unless otherwise documented here: _____
- I understand that Wadley Regional Medical Center may not condition treatment, payment, enrollment or eligibility for benefits on the completion of this authorization form.
- I understand that information being disclosed may be subject to re-disclosure by the recipient and may no longer be protected by the Federal privacy law, if the recipient is not a "covered entity".

☐ If box is checked, the hospital will receive direct or indirect financial compensation in connection with the use or disclosure of your information for marketing purposes.

_____         _____
Signature (Patient or Patient's Legal Representative)       Date

_____         _____
Printed Name of Legal Representative                Relationship to Patient

**PLEASE NOTE: THIS FORM MUST BE COMPETED IN ITS ENTIRETY. THANK YOU FOR YOUR COMPLIANCE.**

| Account Number: | MR Number: |
|---|---|
| Patient Name: | |
| Admit Date: | |

**Wadley Regional Medical Center**
1000 Pine Street Texarkana, Texas 75501
Phone: 903-798-8000

| DOB | Age | Sex | HT | WT | RM-BD | PT | SVC | FC |
|---|---|---|---|---|---|---|---|---|
| Allergies: | | | | | | | | |
| Attending Physician Name: | | | | | | | | |

Authorization for Use and Disclosure of Protected Health Information    ccgrcl99.dcl  14000  07-2011 mg    cs