IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CAROL GARLAND                                                           PLAINTIFF

VS.                         CASE NO.: 4:11-cv-04017-JLH

FRED'S STORES OF TENNESSEE, INC.                           DEFENDANT

## DEFENDANT'S PRE-TRIAL DISCLOSURES

COMES NOW Defendant, Fred's Stores of Tennessee, Inc., by and through counsel of record, pursuant to the applicable Rules of Civil Procedure and makes its pre-trial disclosure, as follows:

(1) The party making these disclosures is Fred's Stores of Tennessee, Inc.

(2) Counsel for Defendant is Richard D. Underwood of the firm Underwood/Thomas, P.C., 9037 Poplar Avenue, Suite 101, Germantown, Tennessee 38138.

(3) This is a personal injury case filed by Plaintiff, Carol Garland. Plaintiff alleges that she slipped and fell at Fred's in Stamps, Arkansas sustaining injuries to her left knee.

(4) There are no jurisdictional issues.

(5) The concise facts are as follows:

Plaintiff was in Fred's in Stamps, Arkansas near the freezers when she slipped and fell. She is claiming injuries to her left knee.

(6) Alleged Special Damages (based upon what has been produced by Plaintiff):

| | | |
|---|---|---|
| (a) Wadley Regional Hospital | $ | 2,558.81 |
| (b) Lafayette County Ambulance | $ | 1,174.00 |
| (c) Dr. Gregory Smolarz | $ | 421.00 |
| (d) Dr. James Arrington | $ | 168.00 |
| (e) Christus St. Michael Imaging | $ | 3,841.50 |
| (f) Radiology Consultants | $ | 430.00 |
| (g) Medical Center of South AR | $ | 42,330.00 |
| (h) Magnolia Regional Medical | $ | 6,839.00 |
| (i) South Arkansas Surgery | $ | 6,200.00 |
| (j) Dr. Daniels (El Dorado) | $ | 3,658.00 |
| **TOTAL** ----------------------------------- --------$ | | **67,620.31** |

(7) Stipulations

    (a) The parties can stipulate as to jurisdiction.

    (b) The Parties have stipulated that medical records with an affidavit of the custodian are authentic and business records; therefore, are admissible. The parties reserve the right to object to all or parts of the medical records on other grounds.

(8) Contested issues of fact:

    (a) Whether Defendant was negligent.

    (b) Whether Plaintiff was negligent.

    (c) Whether Defendant's negligence, if any, caused or contributed to cause Plaintiff's alleged injuries, if any.

(d) Whether Plaintiff's negligence, if any, caused or contributed to cause her alleged injuries, if any.

(e) The extent and nature of Plaintiff's injuries, if any.

(f) Whether Plaintiff has mitigated her damages, if any.

(g) The extent and nature of the damages, if any, suffered by Plaintiff.

(9) Contested issues of law:

(a) Whether Defendant is entitled to judgment as a matter of law.

(b) Any contested issues of fact which may be mixed questions of law.

(10) Defendant may offer the following documents or exhibits:

(a) Defendant reserves the right to introduce any documents produced by Plaintiff and cannot completely determine what exhibits, if any, will be needed until Defendant has notice of what exhibits, if any, Plaintiff intends to introduce.

(b) The incident report prepared by Fred's.

(c) All or parts of Plaintiff's deposition

(d) Medical Records from health care providers to the extent those records are not introduced by Plaintiff. Medical providers identified by Plaintiff include:

   i. Lafayette County Ambulance Service, Inc., Po Box 737, Lewisville, Arkansas 71845;

   ii. Dr. Gregory Smolarz, Po Box 7648, Texarkana, Arkansas 75505;

iii. Lewisville Family Practice, 117 Chestnut Street Lewisville, AR 71845;

iv. Radiology Consultants, PO Box 5667, Texarkana, Texas 75505;

v. Medical Center of South Arkansas, 700 West Grove Street, El Dorado, Arkansas 71730;

vi. Magnolia Regional Medical Center, 101 Hospital Drive, Magnolia, Arkansas 71753;

vii. South Arkansas Surgery Center, 2704 West Vine, El Dorado, Arkansas 71730;

viii. Wadley Regional Medical Center, PO Box 1878, Texarkana, Texas 75504;

ix. Christus St. Michael Imaging Center, 2600 St. Michael Drive, Texarkana, Texas 75504; and

x. South Arkansas Orthopedic, 704 West Grove Street, Suite 5, El Dorado, Arkansas 71671.

Defendant will introduce complete sets of the records from these providers if Plaintiff does not do so.

(11) Defendant may call the following witnesses:

(a) Any witness listed by Plaintiff.

(b) Sherri Madison, store manager, 711 Lake Street, Stamps, Arkansas 71860;

(c) Helen Strickland, former Fred's employee, Po Box 472, Stamps, Arkansas 71860;

(d) Deshun Gulley, former Fred's employee, 122 College View Street, Magnolia, Arkansas 71753;

(e) Jeffrey O'Dell, former Fred's employee, 1109 East Antigo, Stamps, Arkansas 71860;

(f) Sherry Faust, former Fred's employee, 1043 Oak Grove Road, Stamps, Arkansas 71860;

(g) Cynethia Easter, former Fred's employee, 195 Nevada, Buckner, Arkansas 71827;

(h) Molly Gurnea, Fred's employee, 1015 Felix Street, Magnolia, Arkansas 71753;

(i) Makesha Baxter, Fred's employee, 224 N. College Street, Buckner, Arkansas 71827;

(j) Michaela Briggs, Fred's employee, PO Box 222, Lewisville, Arkansas 71845; and

(k) Courtney Barnes, Fred's employee, 504 Pines, Stamps, Arkansas 71860.

(l) Defendant reserves the right to call impeachment witnesses.

(12) Defendant's Expert Witnesses: None.

(13) Discovery is completed.

(14) It is estimated that the length of trial will be 2-3 days.

(15) Defendant will submit jury instructions in a separate document.

(16) Defendants submit this report based upon information presently available. Defendants reserve the right to amend and/or supplement this report based upon information subsequently received from Plaintiff's counsel. It is impossible for Defendant to make a final determination regarding documents or witnesses until Plaintiff files a definitive disclosure.

Dated: December 13, 2012    Respectfully submitted,

/s/ Richard D. Underwood
RICHARD D. UNDERWOOD
MSB# 8533/TNB# 014515/ ARB# 2006137
UNDERWOOD / THOMAS, P.C.
9037 Poplar Avenue, Suite 101
Memphis, Tennessee 38138
901.818.3133/901.818.3134 (Fax)
Attorney for Defendant

**CERTIFICATE OF SERVICE**

A copy of the foregoing document has been served pursuant to Rule 5 of the Rules of Civil Procedure to:

David P. Price, ABN: 92121
Attorney for Plaintiff
P.O. Box 765
Magnolia, AR 71754-0765

Dated: December 13, 2012    /s/Richard D. Underwood
                            Richard D. Underwood