IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CAROL GARLAND                                                  PLAINTIFF

V.                           CASE NO. 11-4017

FRED'S STORES OF TENNESSEE                        DEFENDANT

## MOTION IN LIMINE

      Comes the Plaintiff Carol Garland, by and through her attorney, David P. Price, and for her Motion in Limine, now states:

      1. Plaintiff files her Motion in Limine in this matter in regard to preventing collateral sources from being mentioned in front of the jury. Defendant and its counsel should be barred, through either statement or argument, or through examination of a witness, from attempting to elicit issues about collateral sources involved with Plaintiff's medical expenses incurred in this matter.

      2. Furthermore, at the deposition of Dr. Dwayne Daniels, Defendant's counsel elicited collateral source information. When the video deposition of Dr. Daniels is played at the trial of this cause, that portion should be ordered redacted and not allowed to be presented to the jury.

      3. Defendant and its counsel should not be allowed to make any argument in closing that would be a jury nullification argument.

      WHEREFORE, PREMISES CONSIDERED, Plaintiff prays the Court grant the relief requested hereinabove and all other relief that she is entitled to as a matter of law.

Respectfully submitted,

Carol Garland, Plaintiff


By: /s/ David P. Price_____
    David P. Price, ABN: 92121
    Attorney for Plaintiff
    P.O. Box 765
    Magnolia, AR 71754-0765


**CERTIFICATE OF SERVICE**

I, David P. Price, Attorney for Plaintiff, do hereby certify that on this 5th day of February 2013, I have served a copy of the foregoing document to Mr. Richard Underwood, Underwood/Thomas, P.C., P.O. Box 171304, Memphis, TN 38187-1304, 901-818-3133, via CM/ECF System.


/s/ David P. Price _____
David P. Price